UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN NATIONAL RED CROSS, )
  2025 E Street, N.W., )
  Washington, D.C. 20006, )
                                                                      )
                     Plaintiff, )
                              )
           v. )    **Civil Action**
                              )    **No.**
VINTON ROOFING COMPANY, INC., )
  1402 Wise Avenue SE, )
  Roanoke, Virginia 24013. )
                              )
Serve: )
                              )
  Jennings T. Bird, Esquire, )
  305 First Street, Southwest, )
  Roanoke, Virginia 24011, )
  Registered Agent, )
                              )
                   Defendant. )

## COMPLAINT

(Breach of Contract; Breach of Warranty;
Failure To Perform In Workmanlike Manner)

1.    This is an action seeking damages for Defendant's breach of contract, breach of warranty, and other actionable conduct.

2.    Plaintiff, the American National Red Cross ("the Red

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

Cross"), is, and at all times herein mentioned has been, a nonprofit charitable corporation chartered by an Act of Congress with its principal place of business in Washington, D.C.

3. Defendant, Vinton Roofing Company, Inc. ("Vinton"), is a corporation organized under the laws of, and having its principal place of business in, the Commonwealth of Virginia.

4. Plaintiff's claim exceeds the sum of $75,000, exclusive of interest and costs.

5. This Court has jurisdiction over this controversy pursuant to 28 U.S.C. §§ 1331, 1332; 36 U.S.C. § 300105(a)(5).

6. On or about May 13, 2005, in Washington, D.C., the Red Cross awarded Vinton a Contract ("the Contract") pursuant to which Vinton was to perform certain improvements on a building owned by the Red Cross and located at 352 Church Avenue in Roanoke, Virginia ("the premises"). In particular, Vinton agreed to remove the existing roof on the premises and replace it with a new roof ("the Work" or "the Project").

7. The Contract contained the following provisions, among

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

2

others:

"C.1  SCOPE

" ... The Contractor [Vinton] shall perform the Work in accordance with the highest standards of the industry ...."

"E.3  FINAL INSPECTION AND ACCEPTANCE

" ... Should the Contractor [Vinton] fail or refuse to correct the defects in Work or material, the Red Cross may correct such defects, and the cost and expense incurred in such case will be borne by the Contractor ...."

"E.4  WARRANTY

"The Work performed under this Contract will conform to the Contract requirements and shall be free of any defect in equipment, material, or design furnished, or workmanship performed by the Contractor [Vinton] ...."

"F.2  PERIOD OF PERFORMANCE

" ... Time of completion is of the essence...."

"H.6  SAFETY OF PERSONS AND PROPERTY

"... The Contractor [Vinton] will promptly remedy damage and loss to the Red

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

Montedonico, Belcuore & Tazzara, P.C.
Attorneys at Law
1020 Nineteenth Street, N.W.
Suite 420
Washington, D.C. 20036
(202) 296-1322

Cross property caused in whole or in part by the Contractor ...."

"I.2  RELATIONSHIP OF THE PARTIES

"The Contractor [Vinton] accepts the relationship of trust and confidence established by this Contract and covenants with the Red Cross to cooperate with the Red Cross and utilize the Contractor's best skill, efforts and judgment in furthering the interests of the Red Cross; ... and to perform the Work in the best way and most expeditious and economical manner consistent with the interests of the Red Cross...."

"I.12 REPRESENTATIONS, WARRANTIES AND COVENANTS

"Contractor [Vinton] hereby represents, warrants, and covenants that:

"A.   It is experienced in the type of Work required for the Project ....

"B.   It is qualified, willing and able to perform construction services for the Project and has the expertise and ability to provide construction services which will meet the Red Cross's objectives and requirements.

\* \* \*

"G.   The Contractor warrants and guarantees that the Project and all Work will

4

comply with the requirements of this Contract.

"H.   All Work performed under this Contract will be performed in a timely and professional manner ... and will conform to the highest standards observed in the industry for similar services (referred to as a 'service warranty').

"I.   The Work performed under this Contract will conform with the Contract requirements and will be free of any defect in equipment, material, or design furnished, or workmanship performed by the Contractor ...."

"I.13 DISPUTES

"... Exclusive venue for any litigation arising out of this Contract shall be in the United States District Court for the District of Columbia, unless such Court does not have jurisdiction, in which case venue shall be in the Superior Court for the District of Columbia."

"I.16 TERMINATION FOR DEFAULT

"... If the Red Cross terminates this Contract for default, the Red Cross may acquire, under the terms and in the manner the Red Cross considers appropriate in its sole and absolute discretion, services similar to those terminated, and the Contractor [Vinton] will be liable to the Red Cross for any excess costs for those services.

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

"The rights and remedies of the Red Cross provided in this paragraph will not be exclusive and are in addition to any other rights and remedies provided by law or under this Contract."

"I.17 CONDITIONS AFFECTING THE WORK

"Prior to the Contractor [Vinton] submitting its Proposal, the Contractor must ascertain … the general and local conditions that could affect the Project or cost thereof. Any failure by the Contractor to do so will not relieve it from responsibility for successfully performing the Work without additional expense to the Red Cross. The Red Cross assumes no responsibility for any understanding or representation concerning Site conditions."

"I.18 SITE INVESTIGATION

"The Contractor [Vinton] acknowledges that it has investigated and satisfied itself as to the conditions affecting the Project, including but not restricted to those bearing upon … uncertainties of weather … the character of equipment and facilities needed preliminary to and during performance of the Work.… Any failure by the Contractor to acquaint itself with the available information will not relieve it from responsibility for estimating properly the difficulty or cost of successfully performing the Project.…"

> "I.35 GOVERNING LAW
>
> "This contract will be governed and construed in accordance with the laws of the District of Columbia."
>
> "I.36 PROTECTION OF MATERIAL AND WORK
>
> "The Contractor [Vinton] will at all times take care, in accordance with best business practices, to protect and preserve ... all Work performed, and to avoid damaging existing buildings, equipment, and property at the Site.

8. In or about May 2005, Vinton commenced the Work pursuant to the Contract.

9. During Vinton's performance of the contract, in or around June 6, June 21, July 16, 2005, and thereafter, the premises suffered substantial water damage from leaks in the roof of the premises.

10. The water leaks referred to in Paragraph 9 above were the direct and proximate result of Vinton's failure to maintain the roof's covering as watertight, failure to place a watertight seam on the roof, failure to place a seal in or around a water drain on the roof, failure to secure the premises against damage in the event of rainfall during the

7

course of Vinton's performance of the Work, failure to follow typical and customary industry practices and standards during the course of its performance of the Work, and other poor workmanship.

11. By its actions and inactions described in Paragraph 10 above, Vinton breached the Contract, breached its warranties with respect to the Work, and breached its obligation to perform in a workmanlike manner and its other duties to the Red Cross.

12. As a direct and proximate result of Vinton's actions and inactions, and its breaches referred to in Paragraph 11 above, the Red Cross suffered substantial damages, including but not limited to the cost of inspections, clean-up, water extraction, repairs, restoration, and replacement; and the interruption of business resulting in loss of income.

13. The Red Cross gave timely notice to Vinton of its breaches of the Contract and engaged in good faith efforts to resolve this dispute without litigation. Vinton has refused to compensate the Red Cross in full for the losses it has caused.

WHEREFORE, Plaintiff, the American National Red Cross, respectfully prays that the Court award it the following relief:

8

(a) Judgment awarding it no less than $206,327.03 in compensatory damages;

(b) The costs, including attorneys' fees, of this action; and

(c) Such other, further, and additional relief as to the Court may seem just and proper in the premises.

Respectfully submitted,

MONTEDONICO, BELCUORE & TAZZARA, P.C.

By: *[signature]*
ALFRED F. BELCUORE
D.C. Bar No. 181560

1020 19th Street, N.W.
Suite 420
Washington, D.C. 20036
(202) 296-1322

Attorneys for Plaintiff
<u>American National Red Cross</u>

## DEMAND FOR TRIAL BY JURY

Plaintiff, the American National Red Cross, demands trial by Jury on all issues so triable.

Respectfully submitted,

MONTEDONICO, BELCUORE & TAZZARA, P.C.

By: *Alfred F. Belcuore*
ALFRED F. BELCUORE
D.C. Bar No. 181560

1020 19th Street, N.W.
Suite 420
Washington, D.C. 20036
(202) 296-1322

Attorneys for Plaintiff
American National Red Cross

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS<br><br>American National Red Cross<br><br>(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __11001__<br>(EXCEPT IN U.S. PLAINTIFF CASES) | DEFENDANTS<br><br>Vinton Roofing Company, Inc.<br><br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Alfred F. Belcuore, Esq. (202-296-1322)<br>Montedonico, Belcuore & Tazzara, P.C.<br>Suite 420, 1020 19th St., N.W., D.C. 20036 | ATTORNEYS (IF KNOWN) Jennings T. Bird, Esq.<br>The Bird Law Firm, PC,<br>305 First Street, SW, Roanoke, VA 24011<br>(540-982-1500) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ☑ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☒ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C., Sections 1331,1332; 36 U.S.C., Sections 300105(a)(5). Breach of Contract, Breach of Warranty, Failure to Perform in Workmanlike Manner when installing a roof.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ NOT LESS THAN 206,327.  Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 1-29-07    SIGNATURE OF ATTORNEY OF RECORD  *Alfred F. Belcuore*
1-31-07

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.