UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NATIONAL RED CROSS, )<br>  2025 E Street, N.W., )<br>  Washington, D.C. 20006, )<br>  )<br>         Plaintiff, )<br>  )<br>     v.   )<br>  )<br>VINTON ROOFING COMPANY, INC., )<br>  1402 Wise Avenue SE, )<br>  Roanoke, Virginia 24013. )<br>  )<br>Serve: )<br>  )<br>  Jennings T. Bird, Esquire, )<br>  305 First Street, Southwest, )<br>  Roanoke, Virginia 24011, )<br>  Registered Agent, )<br>  )<br>         Defendant. ) | Civil Action<br>No. |

## CERTIFICATE UNDER RULE 7.1 OF THIS COURT

I, the undersigned Counsel of Record for Plaintiff, the American National Red Cross, certify that, to the best of my knowledge and belief, the American National Red Cross has no parent companies, subsidiaries or affiliates having any outstanding securities in the hands of the public.

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322.

This representation is made in order that Judges of this Court may determine the need for recusal.

Respectfully submitted,

*[signature: Alfred F. Belcuore]*

ALFRED F. BELCUORE
D.C. Bar No. 181560

Montedonico, Belcuore & Tazzara, P.C.
1020 19th Street, N.W.
Suite 420
Washington, D.C. 20036
(202) 296-1322

Attorney of Record
American National Red Cross
Plaintiff

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

2