WCPJR:mlf
2/27/07

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**AMERICAN NATIONAL RED CROSS**

    **Plaintiff**

**V.**                                          **CASE NO:**    **1:07CV00209**
                                                     **JUDGE:**      **Royce C. Lamberth**
**VINTON ROOFING COMPANY, INC.**    **DECK TYPE:**   **Contract**

    **Defendant**

\*    \*    \*    \*    \*    \*    \*

**ANSWER TO COMPLAINT**

Defendant, Vinton Roofing Company, Inc (hereinafter "Vinton"), by its undersigned Counsel, hereby files this Answer to Plaintiff's Complaint and states as follows:

**SPECIFIC ALLEGATIONS**

Vinton responds to the allegations of the Complaint and states as follows:

1.    Vinton is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph one of the Complaint and therefore, denies the same.

2.    Vinton is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph two of the Complaint and therefore, denies the same.

3.    Vinton admits the allegations contained in paragraph three of the Plaintiff's Complaint.

4.    Vinton is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph four of the Complaint and therefore, denies the same.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

5. Vinton is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph five of the Complaint and therefore, denies the same.

6. Vinton denies that the contract was awarded in Washington, D.C., but admits the remaining allegations contained in paragraph six of the Plaintiff's Complaint.

7. Vinton objects to the allegations contained in paragraph seven. The contract entered into by the parties must be read as a whole, and in its entirety. The contract, in its entirety, speaks for itself. Subject to, and without waiving the above objections, Vinton denies the allegations contained in paragraph seven of the Complaint.

8. Vinton admits the allegations contained in paragraph eight of the Complaint.

9. Vinton is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph nine of the Complaint and therefore, denies the same.

10. Vinton denies the allegations contained in paragraph ten of the Plaintiff's Complaint.

11. Vinton denies the allegation contained in paragraph eleven of the Plaintiff's Complaint.

12. Vinton denies the allegation contained in paragraph twelve of the Plaintiff's Complaint.

13. Vinton denies the allegation contained in paragraph thirteen of the Plaintiff's Complaint.

14. Vinton denies that the Plaintiff is entitled to a judgment, attorneys' fees, or any additional relief.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\American Red Cross v. Vintam Roofing\Answer.doc

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief can be granted against this Defendant.

### SECOND DEFENSE

The Defendant generally denies liability for any of the claims of the Plaintiff.

### THIRD DEFENSE

The Plaintiff's claims are barred by the principles of contributory negligence

### FOURTH DEFENSE

The Plaintiff's claims are barred by the principles of assumption of the risk.

### FIFTH DEFENSE

The Plaintiff's claims are barred by the applicable Statute of Limitations, or Statute of Repose.

### SIXTH DEFENSE

The Defendant incorporates into the Answer all of the negative defenses available to it.

### SEVENTH DEFENSE

The Plaintiff's claims are barred by the principles of res judicata and collateral estoppel.

### EIGHTH DEFENSE

The Plaintiff's claims are barred by the principles of payment, release and accord and satisfaction.

### NINTH DEFENSE

The Plaintiff's claims are barred by the principles of estoppel, waiver, and laches.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\American Red Cross v. Vintam Roofing\Answer.doc

## TENTH DEFENSE

The Plaintiff's claims are barred by the principles of fraud.

## ELEVENTH DEFENSE

The Plaintiff's Complaint fails to join parties necessary for a full and fair resolution of the Plaintiff's claims against this Defendant.

## TWELFTH DEFENSE

The Defendant denies any contract or agreement which would entitle Plaintiff to recovery.

## THIRTEENTH DEFENSE

The Defendant denies any privity, contracts, dealings, or communications of any kind with the Plaintiff or with any agents, servants or employees of the Plaintiff.  Defendant denies that Plaintiff has standing to assert contractual or equitable subrogation claims.

## FOURTEENTH DEFENSE

The Defendant denies that there is a valid, and enforceable forum selection clause contained in the contract and denies that this Court has jurisdiction over this Virginia contract claim.

## FIFTEENTH DEFENSE

Defendant denies that it failed to perform its work in a workmanlike manner.

## SIXTEENTH DEFENSE

Defendant denies that it is liable to Plaintiff for breach of warranty.

## SEVENTEENTH DEFENSE

Defendant denies that it is liable to Plaintiff for breach of contract.

**WHEREFORE**, the Defendant respectfully requests that the Plaintiff's Complaint be

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\American Red Cross v. Vintam Roofing\Answer.doc

dismissed and that the Defendant be awarded costs and attorney's fees associated with these proceedings and further, seeks all other relief the Court deems appropriate.

                                  Respectfully submitted,

                                  /s/_____
                                  WILLIAM CARLOS PARLER, JR.
                                  Bar No.: 389967
                                  **PARLER & WOBBER, L.L.P.**
                                  The Hemenway Building
                                  406 E. Joppa Road
                                  Towson, Maryland 21286
                                  (410)832-1800
                                  Attorney for Defendant

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 27th day of February, 2007 a copy of the foregoing was electronically mailed to:

Alfred F. Belcuore
MONTEDONICO, BELCUORE & TAZZARA
1020 19th Street, NW
Suite 420
Washington, DC 20036
*Attorneys for Plaintiffs*

                                  /s/_____
                                  WILLIAM C. PARLER, JR.