UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NATIONAL RED CROSS,<br><br>Plaintiff,<br><br>v.<br><br>VINTON ROOFING COMPANY, INC.,<br><br>Defendant. | Civil Action<br>No.<br>1:07-209<br>(RCL) |

## PARTIES' REPORT TO THE COURT

Principal Counsel for the Parties having conferred on March 13, 2007, Plaintiff American National Red Cross respectfully submits this Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Rule 16.3 of this Court. Defense Counsel has reviewed and approves this Report.

A.

This is a civil action for damages arising from roofing work performed by Defendant Vinton Roofing Company ("Vinton") on premises owned by the Red Cross. The Red Cross alleges that Vinton failed to perform this work to the requisite standard, with the result that

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

the premises allegedly sustained severe water damage requiring repair and restoration. The Red Cross seeks approximately $206,000 in damages. Vinton denies liability and contests the extent of the damages alleged.

B.

On March 13, Counsel discussed the subjects enumerated in Rule 16.3(c) of this Court, including the possibility of settlement, early Mediation, or narrowing of the issues. While discussion on those topics may continue, the Parties also formulated a proposed Schedule and Discovery Plan, as set out in Paragraph C below and in the accompanying proposed Order.

C.

| | |
|---|---|
| Initial Disclosures | May 1, 2007 |
| Expert Disclosures | Plaintiff: May 15, 2007<br>Defendant: July 2, 2007 |
| Joinder of Parties and Amendment of Pleadings | June 15, 2007 |
| Close of Discovery | November 1, 2007 |

| | |
|---|---|
| Final Pretrial Conference | An available date after December 15, 2007 |
| Trial | An available date to be determined at the Final Pretrial Conference. |

### D.

The Parties also reached the following agreements that they wish to memorialize in this Report.

1. Each side will be limited to 30 Interrogatories, including all subparts and "sets."

2. All items as to which a privilege is asserted will be identified and itemized.

3. Inadvertent production of an item as to which a privilege is asserted will not constitute a waiver of any privilege that might otherwise attach to the item, and the item will be returned (with no copies retained) pending resolution or agreement on the claim of privilege.

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

Respectfully submitted,

MONTEDONICO, BELCUORE & TAZZARA, P.C.

By: *Alfred F. Belcuore*
ALFRED F. BELCUORE
D.C. Bar No. 181560

1020 19th Street, N.W.
Suite 420
Washington, D.C. 20036
(202) 296-1322

Attorneys for Plaintiff
American National Red Cross

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

4

## CERTIFICATE OF SERVICE

This is to certify that, on March 22, 2007, I served the foregoing Parties' Report To The Court, with accompanying proposed Order, upon Counsel for Defendant herein by mailing one copy thereof, first-class postage prepaid, to William C. Parler, Jr., Parler & Wobber, LLP, The Hemenway Building, 406 East Joppa Road, Towson, Maryland 21286.

*Alfred F. Belcuore*
ALFRED F. BELCUORE
D.C. Bar 181560

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN NATIONAL RED CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. |
| VINTON ROOFING COMPANY, INC., | ) | 1:07-209 |
| | ) | (RCL) |
| Defendant. | ) | |

## ORDER

This matter is before the Court for entry of an initial Scheduling Order. Upon consideration of the Parties' Report and proposed Order submitted in accordance with Rule 16.3 of this Court, it is this _____ day of _____, 2007,

Ordered, that the Court adopts the following Schedule for the course of these proceedings, subject to further Order of the Court:

| | |
|---|---|
| Parties' Initial Disclosures | Due May 1, 2007 |
| Parties' Expert Disclosures | Plaintiff:   May 15, 2007<br>Defendant: July 2, 2007 |
| Joinder of Parties and Amendment of Pleadings | June 15, 2007 |
| Close of Discovery | November 1, 2007 |

Final Pretrial Conference            _____
                                     [An available date after December
                                     15, 2007]

Trial                                An available date to be determined
                                     at the Final Pretrial Conference.



                                     _____
                                     ROYCE C. LAMBERTH
                                     UNITED STATES DISTRICT JUDGE


cc:

ALFRED F. BELCUORE
Montedonico, Belcuore & Tazzara, P.C.
1020 19th Street, N.W.
Suite 420
Washington, D.C. 20036

WILLIAM C. PARLER, JR.
Parler & Wobber, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286