UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN NATIONAL RED CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 1:07-209 |
| VINTON ROOFING COMPANY, INC., | ) | (RCL) |
| Defendant. | ) | |

### PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, The American National Red Cross, respectfully submits the following Initial Disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(A)  Persons With Knowledge.

**Michelle Abbott** (division finance director for the Red Cross)
Colonial Division
American Red Cross

   Ms. Abbott may have knowledge regarding calculations for losses due to roof leaks.

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

**Douglas Brownlee** (corporate claim associate for the Red Cross)
American Red Cross
Risk Management Division – 9th Floor
2025 E Street, NW
Washington, DC 20006

> Mr. Brownlee may have knowledge of all facts related to the litigation.

**Judy Downs** (contact person for the Appalachian Blood Region)
American. Red Cross
Appalachian Blood Region
352 Church Avenue SW
Roanoke, VA 24016 (540-985-3507)

> Ms. Downs may have knowledge of the damage to the building, the repairs that were made, the costs of the repairs, and the amount of the loss to the Blood Region

**Colleen Dresser** (contact person for the Roanoke Valley Chapter)
American. Red Cross
Roanoke Valley Chapter
352 Church Avenue SW
Roanoke, VA 24016 (540-985-3551)

> Ms. Dresser may have knowledge of the damage to the building, the repairs that were made, the costs of the repairs, and the amount of the loss to the Chapter.

**Duane Ferguson** (project engineer for the roof evaluation)
SEA Ltd.
1110 Benfield Blvd.
Suites A-D
Millersville, MD 21108 (800-635-9507)

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

Mr. Ferguson may have knowledge of the condition of the roof after the water damage, including what caused the roof to leak.

**Mark Flagg**: (former senior claims examiner)
**Douglas Kerr** (national claims manager)
**Annie Eagles** (senior claims adjuster)
**Brian J. Walsh**, (dedicated liability unit supervisor carrier)
**LaShawnda Crenshaw** (dedicated liability unit senior claims assistant)
Cambridge Integrated Services (formerly Gates McDonald)
809 Glen Eagles Court, Suite 210
Towson, MD 21286   (888-272-8338)

Mr. Flagg, Mr. Kerr, Mr. Walsh, Ms. Crenshaw, and Ms. Eagles may have knowledge of all aspects of the facts in the case.

**Carey Lathem** (adjuster for Vinton Roofing's insurer)
Harleysville Insurance Co.
P.O. Box 140996
Nashville, TN  37214 (888-549-9876)

Ms. Lathem may have knowledge regarding the damages incurred by the Red Cross due to the water damage

**Bran O. Lynch** (estimator for repairs caused by roof leaks)
Belfor USA
608 Jeffers Circle
Exton, PA  19341 (888-629-6768)

Mr. Lynch may have knowledge of everything that was involved in completing the microbial remediation, including the costs for the remediation.

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

**Tim Moran** (manager, general services)
**Patricia Beumer** (Apheresis operations supervisor)
**James Wolff**
American National Red Cross
352 Church Avenue, SW
Roanoke, VA 24016. (540-580-6188 or 540-985-3006)

    Mr. Moran and Mr. Wolff may have knowledge of the events that occurred immediately after the roof leak, and the steps that were taken to repair the roof and the damage to the building. Ms. Beumer may have knowledge pertaining to the business interruption caused by the water damage.

**Gregory J. Oczkowski**
Factory Mutual Insurance Co. (FM Global Insurance Co.)
2100 Reston Parkway, Suite 600
Reston, VA 20191-1218

    Mr. Oczkokwski may have knowledge of the damages incurred due to the water leak, the amount of the loss, and the insurance coverage of the Red Cross.

**Gary and Joy Payne** (owners of Vinton Roofing)
**William Whittaker** (foreman of the roof replacement project)
**Kenneth Lynch** (sales representative for Vinton Roofing)
Vinton Roofing Company, Inc.
1402 Wise Avenue, SE
Roanoke, VA 24013 (540-890-1705)

    Mr. and Mrs. Payne, Mr. Whittaker, and Mr. Lynch may be aware of all circumstances regarding the water damage and repairs to the roof.

**Kurt Rife** (manager, independent general local adjuster)
Roanoke Valley Claims Service, Inc.
P.O. Box 13706 (540-721-1822).

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

Mr. Rife may have knowledge of all the circumstances regarding the roof leak, including the cause of the water infiltration and the property loss.

**Mike Rousseau** (local adjuster for Harleysville Insurance Co. (540-265-9325)

Mr. Rousseau may have knowledge regarding the damages incurred by the Red Cross due to the water damage

**Scott Royster** (job manager for Belfor)
**Shawna Wood** (project manager for Belfor)
Belfor USA
2231 Dabney Rd.
Suite 200
Richmond, VA (757-547-9400)

Mr. Royster and Ms. Wood may have knowledge regarding Belfor's involvement in the repair and remediation work that was contracted to Belfor.

**Christopher Wasko** (FM Global's claims adjuster)
Factory Mutual Insurance Co. (FM Global)
2100 Reston Parkway, Suite 600
Reston, VA  20191-1218 (703-860-4101)

Mr. Wasko may have knowledge of the damages incurred due to the water leak, the amount of the loss, and the insurance coverage of the Red Cross.

**Greg Whitt** (environmental group manager)
**Ross O. Roberson** (industrial hygienist and project manager)
Froehling & Robertson, Inc.
1734 Seibel Drive, NE
Roanoke, VA  24012 (540-344-3657 or 540-344-7939)

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

Mr. Whitt and Mr. Roberson may have knowledge of all aspects of the microbial surveys that were performed associated with the roof leak at the Red Cross Building, including the contamination associated with the water intrusion.

**Peter Willauer** (contracting officer)
American Red Cross
National Headquarters
2025 E Street, 8th Floor
Washington, D.C. 20006 (202-303-8211).

Mr. Willauer may have knowledge of the terms of the contract between Vinton Roofing and American National Red Cross.

(B)    <u>Documents</u>.  All pertinent documents, with the exception of those that fall under the attorney-client and work product privileges, are being produced herewith,, at Bates Numbers 1 - 1073.

(C)    <u>Computation of Damages</u>.  Plaintiff is seeking $206,327.03 in damages.  The chart attached as Exhibit A shows a computation of damages.  The damages as calculated are based on the documents we are producing.

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

6

Respectfully submitted,

MONTEDONICO, BELCUORE
& TAZZARA, P.C.

By: _____
ALFRED F. BELCUORE
D.C. Bar No. 181560

1020 19TH Street, N.W., Suite 420
Washington, D.C. 20036
202-296-1322

<u>Attorneys for Plaintiff</u>

## CERTIFICATE OF SERVICE

This is to certify that, on May 1, 2007, I served the foregoing Plaintiff's Initial Disclosures upon Counsel for Defendant herein electronically, and by mailing one copy thereof, first-class postage prepaid, to William C. Parler, Jr., Parler & Wobber, LLP, The Hemenway Building, 406 East Joppa Road, Towson, Maryland 21286.

_____
ALFRED F. BELCUORE
D.C. Bar 181560

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

7

# Exhibit A

## A5180005-APPALACHIAN REGION

| Exposure | Work Comp | Indemnity | Medical | Prop Dam | Phys Dam | Expense | Total |
|---|---|---|---|---|---|---|---|
| 6/8/05 | | | | | $8,500 | $1,000 | $9,500 |
| 7/29/05 | | | | | $155,000 | $2,500 | $157,500 |
| 9/20/05 | | | | | $155,000 | $5,000 | $160,000 |
| 12/2/05 | | | | | $155,000 | $10,000 | $165,000 |
| 3/21/06 | | | | | $130,746 | $10,000 | $140,746 |
| 6/19/06 | | | | | $129,496 | $7,668 | $137,164 |
| Total Paid to Date | | | | | $129,494.89 | $7,667.88 | $137,162.78 |

## ID004669-ROANOKE VALLEY CHAPTER

| Exposure | Work Comp | Indemnity | Medical | Prop Dam | Phys Dam | Expense | Total |
|---|---|---|---|---|---|---|---|
| 6/7/05 | | | | | $8,500 | $1,000 | $9,500 |
| 7/29/05 | | | | | $80,000 | $2,500 | $82,500 |
| 8/26/05 | | | | | $80,276 | $2,500 | $82,776 |
| 9/20/05 | | | | | $80,276 | $5,000 | $85,276 |
| 12/2/05 | | | | | $80,276 | $10,000 | $90,276 |
| 6/19/06 | | | | | $58,997 | $7,668 | $66,665 |
| Total Paid to Date | | | | | $58,996.37 | $7,667.88 | $66,664.25 |

To this amount must be added $2,500,
which represents the amount of the deductible.