WCPJR:mlf
5/1/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN NATIONAL RED CROSS

    Plaintiff

V.

VINTON ROOFING COMPANY, INC.

    Defendant

CASE NO:   1:07CV00209
JUDGE:    Royce C. Lamberth
DECK TYPE:  Contract

\*   \*   \*   \*   \*   \*   \*

## DEFENDANT'S INITIAL DISCLOSURES

Defendant, Vinton Roofing Company, Inc., by its attorneys, William C. Parler, Jr. and Parler & Wobber, L.L.P, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, respectfully submits the following Initial Disclosures:

### A. Persons With Knowledge

**Carey Lathem** (adjuster for Vinton Roofing's insurer)
*Harleysville Insurance Co.*
*P.O. Box 140996*
*Nashville, Tennessee 37214*
(888) 549-9876

    Ms. Lanthem may have knowledge regarding the damages incurred by the Red Cross due to the water damage.

**Bran O. Lynch** (estimator for repairs caused by roof leaks)
*Belfor USA*
*Jeffers Circle*
*Exton, Pennsylvania 19341*
(888) 629-6768

    Mr. Lynch may have knowledge of everything that was involved in completing the microbial remediation, including the costs for the remediation.

**Gregory J. Oczkowski**
*Factory Mutual Insurance Co. (FM Global Insurance Co.)*
*2100 Reston Parkway, Suite 600*
*Reston, Virginia 20191-1218*

> Mr. Oczkowski may have knowledge of the damages incurred due to the water leak, the amount of the loss and the insurance coverage of the Red Cross.

**Gary and Joy Payne** (owners of Vinton Roofing)
**William Whittaker** (foreman of the roof replacement project)
**Kenneth Lynch** (sales representative for Vinton Roofing)
*Vinton Roofing Company, Inc.*
*1402 Wise Avenue, SE*
*Roanoke, Virginia 24013*
(540) 890-1705

> Mr. and Mrs. Payne, Mr. Whittaker and Mr. Lynch may be aware of all circumstances regarding the water damage and repairs to the roof.

**Kurt Rife** (manager, independent general local adjuster)
*Roanoke Valley Claims Service, Inc.*
*P.O. Box 13706*
(540) 721-1822

> Mr. Rife may have knowledge of all the circumstances regarding the rood leak, including the cause of the water infiltration and the property loss.

**Mike Rousseau** (local adjuster for Harleysville Insurance Co.)
(540) 265-9325

> Mr. Rousseau may have knowledge regarding the damages incurred by the Red Cross due to the water damage.

**Scott Royster** (job manager for Belfor)
**Shawna Wood** (project manager for Belfor)
*Belfor U.S.A.*
*2231 Dabney Road, Suite 200*
*Richmond, Virginia*
(757) 547-9400

> Mr. Royster and Ms. Wood may have knowledge regarding Belfor's involvement in the repair and remediation work that was contracted to Belfor.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\American Red Cross v. Vinton Roofing\InitialDis ple.doc

**Christopher Wasko** (FM Global's claims adjuster)
*Factory Mutual Insurance Co. (FM Global)*
*2100 Reston Parkway, Suite 600*
*Reston, Virginia 20191-1218*
(703) 860-4101

Mr. Wasko may have knowledge of the damages incurred due to the water leak, the amount of the loss, and the insurance coverage of the Red Cross.

**Greg Whitt** (environmental group manager)
**Ross O. Roberson** (industrial hygienist and project manager)
*Froehling & Roberston, Inc.*
*1734 Seibel Drive, NE*
*Roanoke, Virginia 24012*
(540) 344-3657 or (540) 344-7939

Mr. Whitt and Mr. Roberson may have knowledge of all aspects of the microbial surveys that were performed associated with the roof leak at the Red Cross Building, including the contamination associated with the water intrustion.

**Peter Willauer** (contracting officer)
*American Red Cross*
*National Headquarters*
*2025 E. Street, 8th Floor*
*Washington, D.C. 20006*
(202) 303-8211

Mr. Willauer may have knowledge of the terms of the contract between Vinton Roofing and American National Red Cross.

### B. Documents

All pertinent documents, with the exception of those that fall under the attorney-client work product privileges, are being attached hereto as "Exhibit A".

### C. Damages

Defendant denies that it is responsible for any pre-existing damages due to mold or mildew.

Respectfully submitted,

*/s/ William C. Parler, Jr.*
WILLIAM CARLOS PARLER, JR.
Bar No.: 389967
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410)832-1800
Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2007 a copy of the foregoing was mailed, postage paid, to:

Alfred F. Belcuore
MONTEDONICO, BELCUORE & TAZZARA
1020 19th Street, NW
Suite 420
Washington, DC 20036
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　*William C. Parler, Jr.*
　　　　　　　　　　　　　　　　　　　WILLIAM C. PARLER, JR.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\American Red Cross v. Vinton Roofing\InitialDis.ple.doc