SV
5/1/07

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMERICAN NATIONAL RED CROSS | * | |
| Plaintiff | * | |
| | | CASE NO: 1:07CV00209 |
| V. | * | JUDGE: Royce C. Lamberth |
| | | DECK TYPE: Contract |
| VINTON ROOFING COMPANY, INC. | * | |
| Defendant | * | |

\*      \*      \*      \*      \*      \*      \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit A, which is an attachment to Defendant, Vinton Roofing Company, Inc.'s Initial Disclosures, exist only in paper format and if scanned will be larger than 1.5 MB. The exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

May 1st, 2007
Date

/s/ *William C. Parler, Jr.*
WILLIAM C. PARLER, JR.
Bar No.: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410)832-1800
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2007, a copy of the foregoing was served via the ECF system on:

Alfred F. Belcuore
MONTEDONICO, BELCUORE & TAZZARA
1020 19th Street, NW
Suite 420
Washington, DC 20036
*Attorneys for Plaintiff*

/s/ *William C. Parler, Jr.*
WILLIAM C. PARLER, JR.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286