UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN NATIONAL RED CROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. |
| VINTON ROOFING COMPANY, INC., | ) | 1:07-209 |
| | ) | (RCL) |
| Defendant. | ) | |

**PLAINTIFF'S DISCLOSURE OF
<u>EXPERT TESTIMONY</u>**

Plaintiff serves this Disclosure pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

1.  Plaintiff may rely upon opinion testimony from the following persons, each of whom are "actors" or "viewers" (see <u>Adkins v. Morton</u>, 494 A.2d 652 (D.C. 1985) and not retained specially for this suit:

Christopher Chapman
Certified Industrial Hygienist
Froehling & Robertson, Inc.
1734 Seibel Drive, NE

Duane R. Ferguson, P.E.
Project Engineer, Civil/Structural
Sea, Ltd.
1110 Benfield Boulevard, Suites A-D
Millersville, Maryland 21108

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

Bran O. Lynch
Belfor USA
608 Jeffers Circle
Exton, PA  19341

Tim Moran
Manager, General Services
American National Red Cross
352 Church Avenue, SW
Roanoke, VA  24016

Ross O. Roberson
Industrial Hygienist
Froehling & Robertson, Inc.
1734 Seibel Drive, NE

Gregory L. Whitt
Environmental Group Manager
Froehling & Robertson, Inc.
1734 Seibel Dr. NE.
Roanoke, Va. 24012

James Wolff
Lead Maintenance Technician
American National Red Cross
352 Church Avenue, SW
Roanoke, VA  24016

2.   Since we have not retained an expert specially for this litigation, but are relying upon "actors" or "viewers," we do not believe Rule 26(a)(2)(B) applies. Nevertheless, we provide the following:

A.   Mr. Ferguson's Professional Resume is attached as Exhibit A; his testimonial history is Exhibit B; and his fee schedule is Exhibit C.  Mr.

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

Ferguson's Report dated September 30, 2005, has been produced to Defendant (Bates Nos. 432-459).

  B. Mr. Whitt's Resume is attached as Exhibit D. He has testified once previously, in January 2006, in <u>Patrick J. Burns, et al v. Aspen Industries, L.L.C.,</u> Court Number CH04-1080, Virginia State Court for Page County. Mr. Whitt's regular compensation is $70 per hour and $120 per hour for Court testimony. Mr. Whitt's Reports dated June 29, 2005; July 12, 2005; and October 28, 2005, have been produced to Defendant (Bates Nos. 158-175, 275-282, and 472-488).

  3. We will supplement this Disclosure, if necessary, as additional facts and opinions become known.

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

...

Respectfully submitted,

MONTEDONICO, BELCUORE & TAZZARA, P.C.

By: *[signature]*
ALFRED F. BELCUORE
D.C. Bar No. 181560

1020 Nineteenth Street, N.W., Suite 420
Washington, D.C. 20036
(202) 296-1322

<u>Attorneys for Plaintiff</u>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2007, a copy of the foregoing Plaintiff's Disclosure of Expert Testimony was served, by electronic service, upon

> William C. Parler, Jr.
> Parler & Wobber, LLP
> The Hemenway Building
> 406 East Joppa Road
> Towson, Maryland 21286

*[signature]*
ALFRED F. BELCUORE
D.C. Bar No. 181560

MONTEDONICO, BELCUORE & TAZZARA, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 420
WASHINGTON, D.C. 20036
(202) 296-1322

# EXHIBIT A

# PROFESSIONAL RESUME OF DUANE R. FERGUSON, P.E.

February 2007

I. <u>General Information</u>

   Project Engineer, Civil/Structural
   SEA, Ltd.
   1110 Benfield Boulevard
   Suites A-D
   Millersville, Maryland 21108
   Telephone: 410-987-1077
   dferguson@sealimited.com

II. <u>Education</u>

   Bachelor of Civil Engineering
   West Virginia University
   Morgantown, West Virginia
   May 1985

III. <u>Professional Summary</u>

   February 2002 to Present
   Project Engineer, Civil
   SEA, Ltd.
   Millersville, Maryland 21108

   Major work emphasis in investigative engineering, directed toward analyzing and evaluating structural failures in concrete, steel, timber, roofing, and masonry products and applications, as well as construction site safety. Analyzing and evaluating storm drainage, storm water management, water, sewer and highway systems for design and construction related issues. Evaluation of buildings, structures and premises for code compliance.

   January 2001 to February 2002
   Project Manager
   Patton Harris Rust & Associates
   (Formerly Riemer Muegge & Associates)
   Columbia, Maryland

   Responsible for managing and designing of underground fiber optic and electrical conduit systems and cell tower site plans in the telecommunications field. Preparation of scopes of work and specifications for the construction of the conduit systems and cell tower sites. Design of traffic control plans for the construction of the conduits and cell sites.

Professional Resume
Duane R. Ferguson, P.E.                                                                                          Page 2

February 2000 to January 2001
Project Manager
Storage USA
Columbia, Maryland

Responsible for overseeing and managing the construction of Storage USA's projects ensuring compliance with the plans and specifications, maintaining the construction schedule, ensuring construction site safety compliance, and ensuring budgets were met. Preparation of scopes of work, specifications and budgets for the construction projects. Prepare contracts and bid documents, and hire subcontractors, engineers and architects to complete the projects. Responsible for the release of contractor payments for work completed and for change order processing and overseeing the completion of construction punch list items. Supervision of the site manager.

October 1995 to February 2000
Project Manager
Crown Central Petroleum
Millersville, Maryland

Responsible for overseeing and managing the construction and maintenance of Crown Petroleum's gas and retail facilities ensuring compliance with plans and specifications; maintaining the construction schedules and budgets; ensuring construction site safety compliance; preparing scopes of work, specifications and budgets; hiring contractors and subcontractors; ordering store equipment, underground tanks and dispensers; overseeing removal of underground storage tanks; and coordinating environmental testing, inspections and disposal of contaminated material. Also responsible for the release of contractor payments for work completed and for change order processing and overseeing the completion of construction punch list items.

July 1989 to October 1995
Project Manager
Riemer Muegge & Associates
Columbia, Maryland

Responsible for the management and design of highways, water and sewer systems, storm drainage systems, storm water quantity and quality management facilities, sediment and erosion control, floodplain analysis, grading, cut and fill quantities, noise abatement studies, and traffic control plans for residential and commercial land development and public utility projects. This work also entails site layout for commercial and residential development to ensure ADA compliance. Preparation of scopes of work, specifications and cost estimates for construction.

Professional Resume
Duane R. Ferguson, P.E.                                                                                          Page 3

      August 1987 to July 1989
      Project Manager
      Progressive Engineering Consultants
      Laurel, Maryland

      Responsible for the management and design of highways, water and sewer systems, storm drainage systems, storm water quantity and quality management facilities, sediment and erosion control, floodplain analysis, grading, cut and fill quantities, and traffic control plans for residential and commercial land development and public utility and highway projects. This work also entails site layout for commercial and residential development to ensure ADA compliance. Responsible for the design of highway and storm water rehab projects and preparation of scopes of work, specifications and cost estimates for construction.

      July 1985 to August 1987
      Design Engineer
      Frederick County Engineering Department
      Frederick, Maryland

      Responsible for design, design review and quality control of water and sewer projects, preparation of scopes of work, specifications and budgets. Assisted in developing design and construction standards for water and sewer projects.

IV.    <u>Seminars and Additional Education</u>

      2004 - Roofing Technology Educational Institute seminar on Roofing Technology covering decks, thermal insulation, vapor control, roof surface materials, flashings, fire and wind damage, and maintenance and repair, sponsored by the National Roofing Contractors Association
      2006 - OSHA 10-hour Safety Class Certification

V.    <u>Professional Registration</u>

      State of Maryland Registration No. 19203
      State of Alabama Registration No. 27908-E
      District of Columbia Registration No. PE 900326
      State of Florida Registration No. PE 61978
      State of Georgia Registration No. 31189
      State of Mississippi Registration No. 17130
      State of North Carolina Registration No. 029285
      Commonwealth of Pennsylvania Registration No. PE062664
      State of South Carolina Registration No. 25035
      Commonwealth of Virginia Registration No. 038448
      State of West Virginia Registration No. 15926

Professional Resume
Duane R. Ferguson, P.E.                                                                 Page 4

VI.     Professional Affiliations

    American Society of Civil Engineers (ASCE) No. 365127
    International Code Council (ICC) No. 5276096

# EXHIBIT B

Case 1:07-cv-00209-RCL   Document 12   Filed 05/16/2007   Page 10 of 17

## Testimony Listing for
## Duane R. Ferguson, P.E.

| Date | Testimony Type | Case Caption | Location | Court/ Jurisdiction | SEA Case No. |
|---|---|---|---|---|---|
| 4/11/2007 | Deposition | Kenneth Spires v. Merriweather Post Pavilion, et al. | Baltimore, MD | | 605801 |
| 03/05/2007 | Trial | Smith v. Minority Professional Contractors, et al. | District of Columbia | Superior Court of the District of Columbia | 605674 |
| 03/01/2007 | Deposition | Smith v. Minority Professional Contractors, et al. | Largo, MD | Superior Court of the District of Columbia | 605674 |
| 01/31/2007 | Deposition | Heffner & Weber, et al. v. Locust Lane Farms, Inc., et al. | Baltimore, MD | | 605706 |
| 01/16/2007 | Deposition | Josephine Schaeffer v. Baltimore Convention Center, et al. | Baltimore, MD | | 605611 |
| 12/28/2006 | Deposition | Bonner v. McCleary & Earley | Frederick, MD | | 605404 |
| 11/15/2006 | Trial | Thacker, et al. v. Nottingham | Prince Frederick, MD | District Court of Calvert County, Maryland | 604540 |
| 09/22/2006 | Deposition | Larkin Residence Fire | Fairfax, VA | | 600829 |
| 07/20/2006 | Trial | Agatha Marks v. Luis Construction Company, Inc. | Upper Marlboro, MD | Circuit Court of Prince George's County, Maryland | 604927 |
| 06/15/2006 | Deposition | Tyndall, et at. v. Cox Construction, LLC, et al. | Cambridge, MD | | 605229 |
| 06/12/2006 | Deposition | Agatha Marks v. Luis Construction Company, Inc. | Millersville, MD | | 604927 |
| 04/18/2006 | Deposition | Szczepaniak v. Connolly and Sheckells & Sons, et al. | Towson, MD | | 604644 |
| 02/14/2006 | Deposition | Durnan v. Ralph Cahall & Sons, Inc. | Wilmington, DE | | 604710 |
| 02/13/2006 | Deposition | Benjamin Porter v. Grap Equipment, Inc., et. al. | Richmond, VA | | 605105 |
| 02/07/2006 | Arbitration | Step By Step Children's Center Flooding Analysis | Towson, MD | | 602902 |
| 11/29/2005 | Trial | Watkins Engineering v. Essex Insurance, et al. | Woodbury, NJ | Superior Court of New Jersey, Gloucester County | 604591 |
| 11/01/2005 | Deposition | Morris v. James Dean, et al. | Riverdale, MD | | 604693 |
| 12/21/2004 | Deposition | Step By Step Children's Center Flooding Analysis | Towson, MD | | 602902 |
| 08/24/2004 | Deposition | Michaels v. Porten Co., et al. | Bethesda, MD | | 603222 |
| 05/20/2004 | Deposition | Maxalea Nurseries, Inc. v. Bedi and Bedi | Baltimore, MD | | 603643 |
| 03/26/2004 | Deposition | Charles Bailey, et al. v. DorisTrent, et al. | Baltimore, MD | | 603102 |
| 09/05/2003 | Deposition | Grey Rock v. Rocky Gorge, et al. | Baltimore, MD | | 601838 |

# Testimony Listing for
# Duane R. Ferguson, P.E.

| Date | Testimony Type | Case Caption | Location | Court/Jurisdiction | SEA Case No. |
|---|---|---|---|---|---|
| 08/26/2003 | Deposition | Jottan Roof Analysis | Crofton, MD | | 600938 |
| 05/28/2003 | Deposition | Basumallik v. All States, et al. | Salisbury, MD | | 601839 |
| 03/26/2003 | Deposition | Staton v. District of Columbia, et al. | Washington, DC | | 601837 |

# EXHIBIT C

*Fee Schedule*

*for*

*Duane R. Ferguson, P.E.*

*$215.00 per hour**

*Invoiced on a portal-to-portal basis

# EXHIBIT D



**GREGORY L. WHITT**
**Environmental Group Manager**

**Education:**

Virginia Polytechnic Institute & State University, Forest & Wildlife Management 1989-1990
Virginia Western Community College, A.S. 1997

**Registrations/Certifications:**

OSHA Hazardous Waste Operation and Emergency Response (29 CFR 1910.120)
VA Licensed Lead Risk Assessor
VA Licensed Asbestos Project Monitor
VA Licensed Asbestos Project Designer
WVA Licensed Lead Inspector
Confined Space Training
Virginia Institute of Marine Science/College of William & Mary Wetland Identification and Delineation

**Professional Affiliations:**

Environmental Assessment Association (Certified Environmental Inspector)

**Professional Experience and Qualifications:**

Mr. Whitt has 11 years experience in a broad range of environmental and industrial hygiene projects. As Group Manager, he is responsible for management, design, coordination, direction, review and oversight for environmental and industrial hygiene projects in western Virginia. His duties include: providing technical expertise in identification and abatement of asbestos, lead, microbial hazards and indoor air quality problems; groundwater monitoring, statistical data analysis, and regulatory agency coordination and consulting for compliance; subsurface contamination delineation, fate-transport modeling, statistical evaluation, corrective action designs and implementation. Mr. Whitt performs all aspects of industrial hygiene, including indoor air quality monitoring, evaluations, employee exposure monitoring, microbial assessments and remediation protocols, and post-remediation testing. He is also responsible for conducting Phase I, Phase II and Phase III Environmental Site Assessments; Performing Initial Abatements, Site Characterizations and assisting in all phases of the Virginia Petroleum Storage Tank program including reimbursement claim cost recovery; Conduct Underground Storage Tank (UST) and Aboveground Storage Tank (AST) closures; Perform various site inspections, assessments, surveys, and design and review of chemical analysis programs; Conducting groundwater monitoring well installations, samplings, analysis and data interpretations; Coordinate and perform soil, sediment and water sampling for waste characterization, investigations and assessments; Perform computer-aided design and development of site and groundwater maps; Prepare technical project reports, report reviews; and other activities associated with various environmental projects, including project management. Mr. Whitt has performed these services at a variety of private, commercial, industrial and governmental facilities.

**Relevant Experience:**

- **Wythe County Public Schools** – Conduct surveys and sampling to identify microbial contamination at school facility. Develop remediation strategies to abate contamination, conduct clearance sampling and post-remediation assessment.



- **Western Virginia Water Authority** – Conduct surveys and sampling to identify water damage, microbial and bacterial contamination at private residences. Develop remediation strategies to abate contamination, conduct clearance sampling and post-remediation assessment.

- **Various Insurance Agencies** - Conduct surveys and sampling to identify water damage and microbial contamination at commercial facilities and private residences. Develop remediation strategies to abate contamination, conduct clearance sampling and post-remediation assessment.

- **Johnson & Johnson, Inc./Spectacle Lense Group** – Perform employee monitoring for various manufacturing processes to determine potential exposure levels to organic and inorganic materials used in the manufacturing.

- **Virginia Military Institute** – Performed comprehensive Indoor Air Quality and Hazardous Materials Surveys, project monitoring including contractor oversight, and developed abatement specifications for numerous on-going projects at VMI.

- **Virginia Military Institute** – Perform Environmental Impact Reviews and Environmental Site Assessments for property acquisition and planned construction projects, Conduct surveys and sampling to identify hazardous materials and indoor air quality concerns at school facility. Develop remediation strategies to abate contamination, conduct clearance sampling and post-remediation assessments.

- **Virginia Department of Environment Quality** - State Lead Program; Initial Abatement Measures and Site Characterizations and abatement measures for the abatement and identification of a petroleum releases from unknown sources in Covington, Virginia.

- **Roanoke Regional Airport** - Identification of soil contaminants, abatement and removal of impacted soils, worker health and safety monitoring, various projects, Roanoke, Virginia.

- **McGuire & Woods, L.P.** - Subsurface investigation to identify the presence of suspect abandoned underground storage tanks petroleum impacted soils. Impacted soil quantity and remediation cost estimations. Tank closures and impacted soil removal, Roanoke, Virginia.

- **Gentry Locke Rakes & Moore** – Phase-II ESA subsurface investigations to identify the presence of environmental contaminates associated with historical uses of multiple urban/commercial properties. Impacted soil quantity and remediation cost estimations. Roanoke, Virginia.

- **Roanoke Train Station, L.P.** – Conduct hazardous materials identification, develop abatement specifications and oversee abatement and remediation. Perform post-abatement clearance sampling.

- **VPI & SU** - Perform Environmental Impact Reviews for planned construction projects, Conduct surveys and sampling to identify hazardous materials concerns at school facilities. Develop remediation strategies to abate contamination, conduct clearance sampling and post-remediation assessments. Perform subsurface investigations and site characterizations to identify the presence of suspect petroleum impacted soil and groundwater. Conduct impacted soil excavation and disposal. Blacksburg, Steeles Tavern and Middleburg, Virginia.

- **Thomas Brothers, Inc.** – Construction debris landfill management. Sampling, analysis, statistical reporting, and regulatory compliance coordination with the Virginia Department of Environmental Quality. Salem, Virginia.