WCPJR:mlf
10/1/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN NATIONAL RED CROSS

    **Plaintiff**

V.                                      CASE NO:    1:07CV00209
                                                JUDGE:      Royce C. Lamberth
VINTON ROOFING COMPANY, INC.    DECK TYPE:  Contract

    **Defendant**

    \*    \*    \*    \*    \*    \*    \*

### JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, American National Red Cross, and Defendant, Vinton Roofing Company, Inc., by their undersigned Counsel, hereby file this Joint Motion to Amend Scheduling Order pursuant to Local Cv.R. 16.4, and for reasons state:

1.    The discovery deadline in this case is set for November 1, 2007.

2.    This case arises out of an alleged breach of contract by Defendant related to improvements made to a roof which were allegedly improper, allowing water to leak into a building on more than one occasion and cause damage to Plaintiffs' property in an amount exceeding $200,000.

3.    Despite the best efforts of the parties, the parties have been unable to complete depositions in this matter. Specifically, Gary Payne, owner of Defendant Vinton Roofing Company, Inc., suffered from a major heart attack in July 2007, resulting in bed rest for a period of time, as well as medical instructions to avoid stressful situations (such as deposition). Due to Mr. Payne's serious physical condition, his wife Joy Payne, also a fact witness in this case, was unable to travel the five hours from their home in Virginia to attend deposition in Washington, D.C. for some period of time. Additionally, Mr. Payne was readmitted to the hospital on

September 18, 2007 for another procedure related to his July 2007 surgery. As a result of the postponement of depositions of these fact witnesses, corresponding depositions of other fact witnesses and experts were postponed in the course of discovery.

4. Accordingly, undersigned counsel requests that this Court amend the Scheduling Order to allow for the completion of discovery in this case.

5. None of the parties will be prejudiced by the granting of this Motion.

**WHEREFORE**, Plaintiff, American National Red Cross, and Defendant, Vinton Roofing Company, Inc., request that this Court:

A. GRANT the foregoing Joint Motion to Amend Scheduling Order;

B. Extend the discovery deadline in this case through January 31, 2008; and

C. Such other and further relief as the nature of this cause may require.

Respectfully submitted,

/s/ William C. Parler, Jr.
WILLIAM C. PARLER, JR.
Bar No.: 389967
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410)832-1800
Attorney for Defendant

/s/ Alfred F. Belcuore
ALFRED F. BELCUORE
D.C. Bar No. 181560
**MONTEDONICO, BELCUORE & TAZZARA**
1020 19th Street, NW
Suite 420
Washington, D.C. 20036
(202) 296-1322
Attorney for Plaintiff

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

C:\Documents and Settings\kJindenmuth\Local Settings\Temporary Internet Files\OLK1F3\Joint_M2_Amend_Scheduling_Order ple (2).doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October 2007 a copy of the foregoing was served via the CM/ECF system on:

Alfred F. Belcuore
**MONTEDONICO, BELCUORE & TAZZARA**
1020 19th Street, NW
Suite 420
Washington, DC 20036
*Attorney for Plaintiff*

/s/ William C. Parler, Jr.
WILLIAM C. PARLER, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN NATIONAL RED CROSS

    Plaintiff

V.

VINTON ROOFING COMPANY, INC.

    Defendant

CASE NO:    1:07CV00209
JUDGE:    Royce C. Lamberth
DECK TYPE:    Contract

\*    \*    \*    \*    \*    \*    \*

## ORDER

Having read and considered the Joint Motion to Amend Scheduling Order, and finding good cause therefore, it is this ____ day of _____, 2007 hereby

ORDERED that the Joint Motion is GRANTED, and the discovery deadline in this case shall be extended through January 31, 2008, with the Status Conference to be held after disposition of any dispositive motions, at which dates for pretrial and trial will be set.

_____
HON. ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\American Red Cross v. Vinton Roofing\Joint_M2_Amend_Scheduling_Order.ple.doc