# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**AMERICAN NATIONAL RED CROSS,**  )
                                        )
          **Plaintiff,**          )
                                        )
**v.**                            )          **Civil Action No. 07-209 (RCL)**
                                        )
**VINTON ROOFING COMPANY, INC.,**  )
                                        )
          **Defendant.**          )
_____)

## <u>ORDER</u>

Having read and considered the joint motion [13] to amend the scheduling order, and

finding good cause therefore, it is hereby

ORDERED that the joint motion [13] is GRANTED; it is further

ORDERED that the discovery deadline in this case shall be extended through January 31,

2008, with the status conference to be held after disposition of any dispositive motions, at which

dates for pretrial and trial will be set.


SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on October 4, 2007.